# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known:

Trial Court Style:  **MICHAEL IDROGO vs SARAH GARRAHAN ET AL**

Trial Case No. **2010CI12389**

Trial Court No. **225**th

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/2/2015 11:28:06 AM
KEITH E. HOTTLE

I, Donna Kay M$^c$Kinney, Bexar County District Clerk, am the official responsible for preparing the Clerk's Record in the above referenced appeal.   The record was originally due: June 1, 2015 . I anticipate the length of the record to be:  **ONE VOLUME.**

I am unable to file the record by the date such record is due because:

( )    The appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee for preparing such record.

( )    The Notice of Appeal was filed and was not routed to the Appeals Clerk to prepare the record.

( )    I was unaware that the Notice of Appeal was an accelerated appeal.

( )    I am unable to locate a pleading to complete the Clerk's Record for filing.

( x )    Other:    Notice of Appeal was filed late, therefore Clerk needs more time to prepare Clerk's Record.

I anticipate the record will be completed by:  **July 2, 2015**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date:  **June 02, 2015**

Donna Kay M$^c$Kinney
Bexar County District Clerk

BY:  _____
**CONSUELO E. GOMEZ, DEPUTY**

*Acknowledgment*

*State of Texas*
*County of Bexar*

Before me, the undersigned authority, on this day personally appeared **CONSUELO GOMEZ**, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date:  **June 02, 2015**

Signature: _____
Printed Name: **MARIA HERRERA**

Seal: